Peter A. Davidson (SBN 76194)
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for David Seror, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO DIVISION

In re

MARSHALL SEVERSON and
EVELYN SEVERSON,

Debtors.

) CASE NO. 1:08-bk-17207-KT
)
)
) [CHAPTER 7]
)
)
) NOTICE OF MOTION FOR ORDER
) APPROVING COMPROMISE OF
) CONTROVERSY WITH WELLS FARGO
) HOME MORTGAGE, A DIVISION OF
) WELLS FARGO BANK, N. A. dba
) AMERICA'S SERVICING COMPANY, AS
) SERVICING AGENT FOR U.S.
) BANKCORP, A DIVISION OF U.S. BANK,
) N. A. AND MORTGAGE ELECTRONIC
) REGISTRATION SERVICES, INC.
)
) [No Hearing Required]

TO:   ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9013-1(g), David Seror, Chapter 7 Trustee ("Trustee"), moves the Court for an order approving the Trustee's compromise of controversy with Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N. A. dba America's Servicing Company, as Servicing Agent for U.S. Bankcorp, a division of U.S. Bank, N. A. and Mortgage Electronic Registration Services, Inc. (collectively "Wells Fargo"), defendants in Severson v. First American Loanstar Trustee Services, Los Angeles Superior Court Case No. LC081453 (the "Lawsuit").

IDOCS:80160.1:1001673.1
NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY
WITH WELLS FARGO HOME MORTGAGE

The Trustee entered into settlement talks with Wells Fargo and has reached an agreement with Wells Fargo to dismiss it from the complaint for $10,000.00. The Trustee previously settled with defendants Metocities Mortgage, LLC and Metorcities Mortgage Corp. also for $10,000.00. The settlement is subject to bankruptcy court approval and the Superior Court entering an order that the settlement is a good faith settlement pursuant to CCP §887.6. The other defendants in the Lawsuit are not being dismissed.

The Chapter 7 Trustee believes that the proposed compromise is in the best interest of the Estate and should be approved by the Court. The compromise will avoid costs, which would otherwise be incurred, in litigating the Lawsuit and the Trustee believes the settlement is fair and reasonable.

Local Bankruptcy Rule 9013-1(g)(1) requires that any response or request for a hearing must be filed with the Bankruptcy Court and served upon the Trustee and the Office of the United States Trustee within Fourteen (14) days of the date of service of this notice. Service upon the Trustee shall be made on Ervin, Cohen & Jessup, LLP, attorneys for David Seror, Chapter 7 Trustee, 9401 Wilshire Blvd., 9th Floor, Beverly Hills, California 90212, Attention: Peter A. Davidson, and the Office of the United States Trustee.

Pursuant to Local Bankruptcy Rule 9013-1(a)(11), failure to file and serve an objection as set forth herein may be deemed to be consent to the granting of the Trustee's motion. If you do not oppose the motion, you need not file any response. Copies of the Trustee's Motion for Order Approving the Compromise of Controversy are available at the United States Bankruptcy Court, located at 21041 Burbank Boulevard, Woodland Hills, California or by contacting the undersigned.

DATED: Feb 2, 2009

ERVIN COHEN & JESSUP LLP

By: _____
PETER A. DAVIDSON
Attorneys for David Seror Chapter 7 Trustee

| In re: MARSHALL SEVERSON and EVELYN SEVERSON | Debtor(s). | CHAPTER: 7 |
|---|---|---|
| | | CASE NUMBER: 1:08-bk-17207 KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212.

A true and correct copy of the foregoing document described as <u>NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY WITH WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N. A. dba AMERICA'S SERVICING COMPANY, AS SERVICING AGENT FOR U.S. BANKCORP, A DIVISION OF U.S. BANK, N. A. AND MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC.</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>February 19, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- John B Acierno    ecfcacb@piteduncan.com
- Thomas J Bayard    tjb@ebh-law.com, michelle@alessibayard.com;emh@ebh-law.com
- Laura NMI Beckmann    laura.beckmann@chase.com
- Peter A Davidson    pdavidson@ecjlaw.com
- Parisa Fishback    ecfcacb@piteduncan.com
- David Seror    kpscion@ecjlaw.com, dseror@ecf.epiqsystems.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>February 19, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

<u>VIA OVERNIGHT MAIL:</u>

Hon. Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd. #305
Woodland Hills, CA 91367

<u>VIA US MAIL:</u>

GE Money Bank
c/o Recovery Management Systems Corp
Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

Washington Mutual Bank
Moss Codilis, LLp @ WaMu
1270 Northland Drive, Ste 200
c/o Fidelity
Mendota Heights, MN 55120

☒ Service information continued on attached page

IDOCS:80160.78:1011346.2          Page 1 of 4

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re: MARSHALL SEVERSON and EVELYN SEVERSON Debtor(s). | CHAPTER: 7 |
|---|---|
| | CASE NUMBER: 1:08-bk-17207 KT |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 19, 2010 | BREE ANDERSON | /s/-Bree Anderson |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:80160.78:1011346.2    Page 2 of 4

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: MARSHALL SEVERSON and EVELYN SEVERSON | Debtor(s). | CHAPTER: 7 |
|---|---|---|
| | | CASE NUMBER: 1:08-bk-17207 KT |

## ADDITIONAL SERVICE INFORMATION (if needed):

### VIA U.S. MAIL

Office of the U. S. Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Debtors
Marshall Severson
Evelyn Severson
5153 Chimineas Ave.
Tarzana, CA 91356

Attorney for Debtors
Thomas J. Bayard, Esq.
Alessi & Bayard
20955 Pathfinder Rd. #160-4
Diamond Bar, CA 91765

REQUEST FOR SPECIAL NOTICE

Fidelity
c/o Washington Mutual Bank
1270 Northland Dr. #200
Mindota Heights, MN 55120

Barton E. DeBolt
Horton & DeBolt, LLP
9301 Oakdale Ave.
Suite 220
Chatsworth, CA 91311

SECURED CREDITORS

American Honda Financing
POB 6070
Irving, TX 75016

American Servicing Co.
POB 60768
Los Angeles, CA 90060

UNSECURED PRIORITY

Brevard County Tax Authorities
POB 429
Titusville, FL 32781

Los Angeles County
225 N. Hill St.
Los Angeles, CA 90012

UNSECURED CREDITORS

America's Servicing Co.
Payment Processing – Bankruptcy Dept.
One Home Campus
Des Moines, IA 50328

American Honda Finance
POB 168088
Irving, TX 75016

Citicard
POB 940
The Lakes, NV 88901

Empire Indemnity Insurance Co.
POB 57122
North Hollywood, CA 91601

LVNV Funding LLC, its successors and assigns as
Citibank
Resurgent Capital Services
POB 10587
Greenville, SC 29603

Mastercard
POB 672051
Dallas, TX 75267

Mastercard
POB 54349
Los Angeles, CA 90054

Recovery Management Systems Corp.
25 S.E. 2nd Ave. #1120
Miami, FL 33131

Roundup Funding LLC
MS 550
POB 91121
Seattle, WA 98111

IDOCS:80160.78:1011346.2    Page 3 of 4
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Steve William Worthington
6208 Jamison Ave.
Encino, CA 91316

Verizon Wireless
POB 96082
Bellevue, WA 98009

Verizon Wireless
POB 96088
Bellevue, WA 98009

Visa
POB 94014
Palatine, IL 60094

Washington Mutual
POB 78065
Phoenix, AZ 85062

Wells Fargo Bank
100 W. Washington St.
Phoenix, AZ 85003

West Verizon Wireless
POB 3397
Bloomington, IL 61701

IDOCS:80160.78:1011346.2     Page 4 of 4

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                       F 9013-3.1